| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |

Debtor 1     **Mark Jweda**
                First Name       Middle Name       Last Name

Debtor 2     **Kristina Jweda**
(Spouse if, filing)   First Name       Middle Name       Last Name

United States Bankruptcy Court for the:     EASTERN DISTRICT OF MICHIGAN

Case number
(if known)

☐ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

### Part 1:    List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Genisys Credit Union** <br><br> Description of property securing debt: **2011 Audi A4 100000 miles** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ■ Retain the property and enter into a *Reaffirmation Agreement*. <br> ☐ Retain the property and [explain]: | ☐ No <br><br> ■ Yes |

### Part 2:    List Your Unexpired Personal Property Leases

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Chrysler Capital** | ☐ No <br><br> ■ Yes |
| Description of leased Property: **2019 Dodge Ram Truck** | |
| Lessor's name: **Sadgil Properties LLC** | ☐ No |

| Debtor 1 | **Mark Jweda** | | |
|---|---|---|---|
| Debtor 2 | **Kristina Jweda** | Case number (*if known*) | |

■ Yes

Description of leased Property: **Apartment Lease-43120 Fortner, Sterling Heights, MI 48313**

## Part 3: Sign Below

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X **/s/ Mark Jweda**
**Mark Jweda**
Signature of Debtor 1

Date **November 22, 2019**

X **/s/ Kristina Jweda**
**Kristina Jweda**
Signature of Debtor 2

Date **November 22, 2019**

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 2

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

19-56550-tjt    Doc 6    Filed 11/22/19    Entered 11/22/19 09:08:17    Page 2 of 2